AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 27, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Frank Steven Demo | ) | Case No. **4:25-mj-512** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 26, 2023 - January 16, 2024  in the county of  Harris  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2251 | Sexual exploitation of children |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Hong Nguyen, Jr. - FBI Special Agent
*Printed name and title*

Sworn to before me and signed by telephone

Date: August 27, 2025

*Judge's signature*

City and state:  Houston, Texas    Christina Bryan, US Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Frank Steven Demo | § | Case No. **4:25-mj-512** _____ |

## AFFIDAVIT IN SUPPORT OF APPLICATION

Your Affiant, Hong Nguyen, Jr., being duly sworn, deposes and says:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since May 2016. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the Child Exploitation and Human Trafficking Task Force and investigate crimes involving the federal violations concerning child pornography, sexual exploitation of children, kidnapping, and human trafficking. Prior to this assignment, I was a Supervisory Special Agent in Washington, D.C. who program managed cyber and counterintelligence investigations. Previously, I was assigned to the Houston Cyber Task Force and investigated crimes involving the unauthorized intrusion into a computer or network, including but not limited to computer intrusions, business email compromises, distributed denial-of-service attacks, hacktivists, ransomware, botnets, ATM jackpotting, criminal forums and carding shops, malware developers, cyber organized crime syndicates, complex money laundering networks, and financially motivated attacks. In addition, my assigned duties included targeting subjects and investigating Transnational Organized Crime syndicates through Organized Crime Drug Enforcement Task Force (OCDETF) investigations. Prior, I was assigned as a Digital Forensic Examiner at the Greater Houston Regional Computer Forensics Laboratory as member of the Computer Analysis Response Team (CART), where I worked a variety of matters, many of which included a significant cyber and child exploitation component. Previously, I served as a Database Administrator supporting the FBI's enterprise database systems and was a network support technician in the private sector. I have a Bachelor of Science in Computer Information Systems and a Master of Business Administration with a postgraduate certificate in Information Assurance. I have participated in cases involving child pornography and the sexual exploitation of children. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256 is:

    "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic,

mechanical, or other means, of sexually explicit conduct, where - (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct."

2. This Affidavit is made in support of a criminal complaint charging Frank Steven Demo with violating Title 18 U.S.C. § 2251 – sexual exploitation of children. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18 U.S.C. § 2251 has been committed by Frank Steven Demo on or about July 26, 2023 through and including January 16, 2024. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4. Affiant learned from FBI Detroit – St. Joseph RA, that on or about February 21, 2023, a Niles Police Department (NPD) officer was dispatched to a known address in Niles, Michigan (MI) regarding a potential child sexual abuse material call involving a 13-year-old minor victim (MV1), date of birth xx/xx/2009[1]. MV1's father called the NPD when he discovered concerning text messages between MV1 and an unknown individual that he believed to be an adult. MV1's father gave the NPD officer consent to search MV1's cell phone.

5. The NPD officer reviewed the text messages in question and identified the phone number that MV1 was texting with as 832-588-1374. Open-source research linked the phone number to Frank Steven Demo (Demo). The officer also discovered photos of a white male who appeared to be in his late 20's or early 30's in the phone's camera roll. Demo's driver's license photo depicted an individual who looked similar to the photos in the camera roll. The phone's camera roll also contained two videos of a female, believed to be MV1, touching her breasts. MV1's cell phone was seized and sent to the St. Joseph County Cyber Crimes Unit for analysis.

---

[1] The victim's full name and date of birth are known to me, but I have not included it here to protect the minor's identity and personally identifiable information.

2

6. On or about March 24, 2023, MV1 was forensically interviewed at the Children's Advocacy Center of Southwest Michigan. During the interview, MV1 stated that she had sent and received sexually explicit content with Demo on numerous occasions over social media. MV1 stated that Demo would have her send pictures and videos of her "ass, boobs, and pussy." MV1 also stated that she was friends with Demo on various social media applications, including Snapchat.
7. On or about May 7, 2024, NPD provided FBI Detroit – St. Joseph RA, a copy of MV1's cell phone data from the phone seized on or about February 21, 2023. A review of the cell phone data revealed sexually explicit content of MV1 saved in Snapchat and a screenshot of Demo's Snapchat account information. Demo's Snapchat username was identified as "frank_demo21."
8. On or about May 23, 2024, a subpoena was issued to Snapchat seeking subscriber information for the Snapchat username "frank_demo21." Snapchat responded with subscriber information that included a verified email address of bprobass2002@yahoo.com and a display name of "Frank Demo." Open-source research confirmed that Demo is the owner of the bprobass2002@yahoo.com email address associated with the "frank_demo21" Snapchat account. A search warrant was served to Snapchat for content associated with Demo's Snapchat account.
9. Affiant learned that on or about July 17, 2024, SA Zachary Smith from FBI Detroit – St. Joseph RA reviewed the Snapchat search warrant response for username "frank_demo21" and discovered numerous chats with minor females that contained sexually explicit messages, pictures, and videos. User "frank_demo21" solicited sexually explicit content of the minor females during these chats. The minor females also stated during the chats that they were underage – ranging from 12 to 16 years old.
10. On or about November 28, 2023 the following Snapchat conversation occurred between Demo and Snapchat username "sunsetxoxo1247," a 13-year-old minor victim (MV2), date of birth xx/xx/2010[2]:

    Demo: Good little cum slut one sec I'm gonna get ready so no one sees me on the couch showing you daddies cock
    MV2: (emojis)
    Demo: you want daddies cock in your wet pussy don't you baby
    MV2: Yes daddy I can imagine u going fast and hard
    Demo: yessss daddies going to pound that young pussy
    MV2: I wanna scream your name in pleasure and don't stop until I do
    Demo: Make another video humping and moaning for daddy
    […]

---

[2] The victim's full name and date of birth are known to me, but I have not included it here to protect the minor's identity and personally identifiable information.

3

    Demo: I love you so much and yes even though you have the body of an 18 year old as much as I want you now you're to young but baby 15 16 is not too young. We don't even need sex I just wanna hug and kiss you

    […]

    Demo: You promise your parents will never look through your phone?

    Demo: I don't want them seeing all the stuff we talk about. You know what will happen right

    MV2: Ik ik but if she wants to look through my phone all I have to do is delete snap chat

    […]

    Demo: Who does your body belong too

    MV2: You

    Demo: That's right and when daddy says you need to take your panties off what does that mean

    MV2: I take them off

    Demo: That's right my little cum slut

11. The Snapchat search warrant response also included numerous exchanges of sexually explicit images and videos between Demo and MV2. On or about January 16, 2024, MV2 sent Demo an image of herself sitting on a toilet with her fingers around her vagina. Demo also sent MV2 multiple videos of himself masturbating and ejaculating.

12. On or about November 4, 2024, MV2 was forensically interviewed at the Children's Advocacy Center in Pittsburg, Kansas. During the interview, MV2 stated that she told Demo she was 13 years old. MV2 discussed that Demo would ask her to send pictures of her "pussy, boobs, and ass" and how she felt like Demo would not have a nice reaction if she told him no. MV2 did not want Demo to be mad, so she sent pictures and videos of herself at his request. Demo requested videos of MV2 "playing with herself" and "fingering herself." MV2 confirmed that her Snapchat username was "sunsetxoxo1247" and she identified herself in the sexually explicit images sent to Demo.

13. Demo's Snapchat content also revealed chats, images, and a video of another 13-year-old minor victim (MV3), date of birth xx/xx/2010[3]. On or about October 9, 2023, a video of MV3 exposing her vagina and masturbating was sent from Snapchat username audriana.be2022 to Demo.

14. MV3 was forensically interviewed at the Care House of Oakland County in Pontiac, Michigan. MV3 confirmed that she was the owner of Snapchat username audriana.be2022. Snapchat chats between Demo and MV3 date back to 2021, when MV3 was 11-years-old.

---

[3] The victim's full name and date of birth are known to me, but I have not included it here to protect the minor's identity and personally identifiable information.

15. An additional victim (MV4), who is currently unidentified, sent DEMO a Snapchat video depicting fingers around a female genitalia on or about July 26, 2023. An additional Snapchat video was sent on or about July 27, 2023 depicting a female masturbating with a hairbrush handle. MV4 appears to be a minor and identification efforts are ongoing.
16. Affiant learned that on or about August 20, 2024, a pen register/trap and trace was served to Demo's Snapchat and Facebook accounts seeking transactional IP address information. IP address 2601:02c7:8501:1f40:599b:14a2:158d:1842 and 76.30.98.206 were identified as commonly accessed IP addresses that were used approximately 137 times between September 18, 2024 and September 25, 2024. The IP addresses belong to Comcast.
17. On or about September 23, 2024, a subpoena to Comcast was issued seeking subscriber information for the two IP addresses. On or about September 25, 2024, Comcast responded with subscriber information showing Sonia Cortez Aranda (Aranda) as the subscriber with a service address of 3215 Soway St, Houston, TX 77080. Open-source research revealed that Aranda is Demo's mother. Aranda is also listed as Demo's emergency contact on his Texas identification card (Texas ID), #44219850.
18. On or about October 10, 2024, a federal search warrant was issued in the Southern District of Texas. Affiant executed the warrant at Demo's residence for evidence related to the sexual exploitation of children and distribution, receipt, possession of child pornography.
19. During the search, investigators located Demo's cell phone inside the residence and discovered that it was destroyed. Based on my training and experience, I believe Demo attempted to break his cell phone in half when he noticed law enforcement at his residence. Demo's phone location information showed the phone at the residence prior before law enforcement arrived to execute the search warrant.
20. During the search, Affiant interviewed Aranda who advised Demo was her son and she was employed at Comcast. Demo was temporary staying in the guest room and does not drive, used an Uber to get around. According to Aranda, Demo's telephone number was 832-588-1374. Aranda advised Demo was on her Comcast account and she paid for his phone line. According to Aranda, Demo had that number for a couple of years. Aranda advised Demo had a Facebook account under the name Frank Demo. Demo allegedly told Aranda that he did not break his phone. Aranda last contacted Demo the day prior to the search warrant execution while she was at work. At that time, the phone was not smashed until the day the search warrant was executed.
21. On the same date, Affiant attempted to interview Demo. Demo advised he was staying with his mother, Aranda, temporarily until he moved into his new apartment. Demo advised he did not know what was going on and wanted to be with Aranda.
22. Around July 2025, Affiant learned from FBI Detroit – St. Joseph RA that MV1 was a victim of suicide. Updated record checks for Demo were conducted and Affiant learned that Demo was employed at Specs Family Partners LTD, 2410 Smith St, Houston, Texas 77006 as of 2nd quarter of 2025. Based on open source research, this appears to be

5

associated with Spec's Wine, Spirits & Finer Foods (Spec's). FBI Houston personnel spoke to Spec's and issued a subpoena for Demo's records. Affiant learned from Spec's that Demo was employed as a Warehouse Associate, located at 8830 Clay Road, Houston, Texas. According to Spec's records, Demo's listed address was 3215 Soway, Houston, Texas 77080 and his telephone number was 832-588-1374, the same number used to contact MV1. Spec's employment record included Demo's Texas ID #44219850, which included his photo, that expired on or about August 9, 2025.

23. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Frank Steven Demo with a violation of Title 18 U.S.C. § 2251 – sexual exploitation of children.

Hong Nguyen, Jr.
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this 27th day of August 2025, and I find probable cause.

Honorable Christina A. Bryan
United States Magistrate Judge